702

*Messrs. Samuel S. Burman* and *Edgar G. Braun* for petitioner.  *Messrs. Walter Ewing Hope* and *H. Struve Hensel* for respondents.

No. 588. STELOS CO., INC. *v.* HOSIERY MOTOR-MEND CORP. ET AL.; and

No. 653. HOSIERY MOTOR-MEND CORP. ET AL. *v.* STELOS CO., INC.  February 18, 1935.  Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Messrs. Henry Gilligan, J. Preston Swecker,* and *Vernon E. Hodges* for Stelos Co.  *Messrs. Noah A. Stancliffe, Hugh M. Morris, Julian S. Wooster,* and *Donald Malcolm* for Hosiery Motor-Mend Corp. et al.

No. 635. HAMBURG-AMERICAN LINE *v.* ELTING, COLLECTOR OF CUSTOMS.  February 18, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Messrs. Roger O'Donnell, Lambert O'Donnell,* and *William J. Peters* for petitioner.  *Solicitor General Biggs, Assistant Attorney General Sweeney,* and *Mr. Paul A. Sweeney* for respondent.

No. 696. KENWARD *v.* THE ADMIRAL PEOPLES.  March 4, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.  The motion for leave to proceed further *in forma pauperis* is also granted.  *Messrs. John P. Hannon* and *Andrew G. Haley* for petitioner.  *Messrs. Wallace McCamant* and *W. Lair Thompson* for respondent.

No. 717. LOUISVILLE JOINT STOCK LAND BANK *v.* RADFORD.  March 4, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.